03-15-00375-CV

# LORI SCHMID

## Certified Shorthand Reporter
### Hays County Court at Law
712 S. Stagecoach Trail, Suite 2292
San Marcos, Texas 78666
512.393.7740
Lori.schmid@co.hays.tx.us

{_____}


Sent via e-mail

Mr. Chris Knowles
3rd Court of Appeals


IN RE:  Cause No. 15-0173; Robert M. Zapata, Appellant v Bank of America, N.A., Appellee


Dear Mr. Knowles:

In response to our telephone call this morning, please be advised that the Reporter's Record has not been requested as of this date.  Our telephone call was the first I was aware that an appeal had been filed in this matter.

Once the Reporter's Record is requested, I will respectfully request an extension.

Thank you.


Lori Schmid
Certified Shorthand Reporter